10/29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-M-3179-SKG |
| | : | [Driving While Under the |
| | : | Influence of Alcohol, |
| | : | 18 U.S.C. § 13, Md. |
| | : | Ann. Code, Transportation |
| | : | Article § 21-902(a)(1); |
| | : | Driving While Under the |
| | : | Influence of Alcohol Per |
| | : | Se, 18 U.S.C. § 13, Md. |
| | : | Ann. Code, Transportation |
| | : | Article § 21-902(a)(2); and |
| | : | Driving While Impaired |
| | : | by Alcohol; 18 U.S.C. § 13, |
| | : | Md. Ann. Code, |
| | : | Transportation Article § |
| | : | 21-902(b)(1)] |
| v. | : | |
| Justin Smith | : | |
| 3648 Seaford Court | : | |
| Pasadena, MD 21122 | : | |

. . .oOo. . .

SEP 29 2010

## INFORMATION

The United States Attorney for the District of Maryland charges that:

## COUNT ONE
### (2355616)

On or about April 24, 2010, at or near Maryland Route 175 East, adjacent to Clark Road, located on Fort George G. Meade, Maryland, an area within the special maritime and territorial jurisdiction of the United States, in the State and District of Maryland,

**JUSTIN SMITH**

unlawfully did drive and attempt to drive a vehicle while under the influence of alcohol.

18 U.S.C. § 13 Md. Ann. Code, Transportation Article
§ 21-902(a)(1)

## COUNT TWO
### (2355617)

On or about April 24, 2010, at or near Maryland Route 175 East, adjacent to Clark Road, located on Fort George G. Meade, Maryland, an area within the special maritime and territorial jurisdiction of the United States, in the State and District of Maryland,

### JUSTIN SMITH

unlawfully did drive a vehicle and attempt to drive a vehicle while under the influence of alcohol per se.

18 U.S.C. § 13 Md. Ann. Code, Transportation Article
§ 21-902(a)(2)

## COUNT THREE
### (2355618)

On or about April 24, 2010, at or near Maryland Route 175 East, adjacent to Clark Road, located on Fort George G. Meade, Maryland, an area within the special maritime and territorial jurisdiction of the United States, in the State and District of Maryland,

### JUSTIN SMITH

unlawfully did drive and attempt to drive a vehicle while impaired by alcohol.

18 U.S.C. § 13 Md. Ann. Code, Transportation Article
§ 21-902(b)(1)

27 September 2010
DATE

For _[signature]_ CPT SCHWASS, JA
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY