IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 10-M-3193-SKG [Driving a Motor Vehicle on a suspended out-of-state license, 18 U.S.C. § 13, Md. Ann. Code, Transportation Article § 16-303(f)] |
| v. Taijai Thomas 8420 Allsworth Circle Fort Meade, MD 20755 | |

. . .oOo. . .

**INFORMATION**

The United States Attorney for the District of Maryland charges that:

**COUNT ONE**
**(2355729)**

On or about April 13, 2010, at or near Reece Road and Cooper Avenue, located on Fort George G. Meade, Maryland, an area within the special maritime and territorial jurisdiction of the United States, in the State and District of Maryland,

**TAIJAI THOMAS**

unlawfully did drive a vehicle on a highway on suspended out-of-state license and privilege.

18 U.S.C. § 13 Md. Ann. Code, Transportation Article § 16-303(f)

27 September 2010
DATE

For _____ CPT SCHLOSS, JA
ROD ROSENSTEIN
UNITED STATES ATTORNEY